# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CAITLYN CLIFF; GEORGE DICKENS III; MELANIE FENLEY; ZACHARY GRUBER; PETER LEYH; MYLEE McKINNEY; and CASEY TUGGLE, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAVANNAH LAW SCHOOL, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:18-cv-104 |

## **O R D E R**

On August 7, 2018, the Honorable Lisa Godbey Wood set a hearing in the above-captioned case for October 9, 2018 at 1:00 p.m. regarding Plaintiffs' Motion to Remand as well as Defendants' Motion to Dismiss. (Doc. 32.) The Court subsequently reassigned this case to Judge R. Stan Baker. (Doc. 34.) Judge Baker will hold a hearing in this case at the previously-noticed date, time, and location. However, because Plaintiffs raise threshold jurisdictional questions in their Motion to Remand, (doc. 11), the Court will address that Motion before taking up Defendants' Motion to Dismiss, (doc. 7). Thus, the hearing will be limited to Plaintiffs' Motion to Remand, and the parties shall not offer any argument on the Motion to Dismiss.

Additionally, should the parties seek to offer any exhibits at the hearing, the exhibits must be prepared and offered in electronic format. If counsel has any questions about the form of

exhibits or other issues pertaining to the hearing, they should contact Judge Baker's Courtroom Deputy Clerk.

**SO ORDERED**, this 4th day of October, 2018.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA