# United States District Court
## Southern District of Georgia

CAITLYN CLIFF; GEORGE DICKENS, III;
MELANIE FENLEY; ZACHARY GRUBER;
PETER LEYH; MYLEE McKINNEY; and
CASEY TUGGLE, Individually and on behalf
of others similarly situated,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18CV-104

SAVANNAH LAW SCHOOL, LLC, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that per this Court's Order dated October 12, 2018, Granting Plaintiffs' Motion to Remand but denying Plaintiffs' request for expenses including attorney fees and Dismissing as moot Defendants' Motion to Dismiss, this case is Remanded to the State Court of Chatham County. This case stands closed.

Approved by: _____

10/17/2018
*Date*



Scott L. Poff
*Clerk*

(By) Deputy Clerk